IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

REKEISHA DEMMONS,

   Plaintiff,

    v.

FULTON COUNTY
doing business as
The Fulton County Sheriff's
Department, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:09-CV-2312-TWT

ORDER

This is an employment discrimination action by a female employee of the Fulton County Sheriff's Department. It is before the Court on the Report and Recommendation [Doc. 78] of the Magistrate Judge recommending granting the Motions for Summary Judgment [Doc. 56 & 58] of the Defendants Fulton County, Freeman, Hull and Wallace; and dismissing the Complaint against the Defendant Wyatt for failure to effectuate service. In her Objections to the Report and Recommendation, the Plaintiff addresses only the recommendation to grant summary judgment with respect to the Title VII claim against Fulton County and the intentional infliction of emotional distress claim against Hull. The Plaintiff's other claims are

deemed to be abandoned.  Two isolated incidents over the course of her employment from 2001 to the present are not sufficient to support her hostile work environment claim. The alleged vulgar comment by the Defendant Hull is insufficient to support a claim for intentional infliction of emotional distress.   The Court approves and adopts the Report and Recommendation as the judgment of the Court.  The Motions for Summary Judgment [Doc. 56 & 58] of the Defendants Fulton County, Freeman, Hull and Wallace are GRANTED.  The Complaint against the Defendant Wyatt is DISMISSED for failure to effectuate service.

      SO ORDERED, this 25 day of August, 2010.

                            /s/Thomas W. Thrash
                            THOMAS W. THRASH, JR.
                            United States District Judge